# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. RICHARD OTHELL VAUGHAN

CASE NO: 3:19-CR-00120-01-SLG-DMS

---

Defendant RICHARD OTHELL VAUGHAN,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of $ _____

☒ Posted unsecured bond in the amount of $ 5,000.00

☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____ with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☐ Other _____

DATED at **Anchorage**, Alaska, this **23rd** day of **October, 2019**.

_____
Deborah M. Smith
United States Magistrate Judge

Original & 1 cy to U.S. Marshal