Green Law Offices, LLC • Attorneys & Counselors at Law
P. O. Box 111312 • Anchorage, AK 99511-1312
Telephone: (907) 276-2733

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
                Plaintiffs, )
)
vs. )
)
RICHARD OTHELL VAUGHAN, )
)
                Defendant. )
)

Case No. 3:19-cr-00120-SLG-DMS-1

## NOTICE OF APPEARANCE AND CONSENT TO ELECTRONIC SERVICE

COMES NOW the Green Law Offices, LLC and Harold Green, Esq. and enters appearance as attorneys of record for defendant, Richard Othell Vaughan, and requests that all future documents and pleadings in the above-captioned case be served, or forwarded electronically to **hwgreen@msn.com** upon:

Harold Green, Esq.
Green Law Offices, LLC
P. O. Box 111312
Anchorage, AK 99511-1312
email: hwgreen@msn.com
Telephone: 276-2733

DATED at Anchorage, Alaska on this 24th day of October, 2019.

Green Law Offices, LLC
Attorneys for defendant Richard Vaughan.
By:/s/Harold Green, ABA#8206027
P. O. Box 111312
Anchorage, AK 99511-1312
email: hwgreen@msn.com
(907) 276-2733

CERTIFICATE OF SERVICE:
On 10/24/19 a copy of this document was
served by electronic filing upon AUSA Kyle Reardon
222 W. 7th Ave,#9, Rm. 253, Anchorage, AK 99513
/s/Harold Green