IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
          Plaintiffs, )
)
vs. )
)
RICHARD OTHELL VAUGHAN, )
)
          Defendant. )
_____)

Case No. 3:19-cr-00120-SLG-DMS-1

### NOTICE OF ATTORNEY ABSENCE

COMES NOW the undersigned attorney for defendant, Richard Vaughan, and gives notice that the undersigned attorney will be out of the State of Alaska from November 18th through December 9th inclusive; and respectfully requests that neither this court, nor opposing counsel, file any items or schedule any matters that would require plaintiff's counsel to respond or appear during this time period.

DATED at Anchorage, Alaska on this 24th day of October, 2019.

          Green Law Offices, LLC
          Attorneys for Defendant Richard Vaughan.
          By:/s/Harold Green, ABA#8206027
          P. O. Box 111312
          Anchorage, AK 99511-1312
          email: hwgreen@msn.com
          (907) 276-2733

CERTIFICATE OF SERVICE:
On 10/24/19 a copy of this document was
served by electronic filing upon AUSA Kyle Reardon
222 W. 7th Ave,#9, Rm. 253, Anchorage, AK 99513
/s/Harold Green

Green Law Offices, LLC • Attorneys & Counselors at Law
P. O. Box 111312 • Anchorage, AK 99511-1312
Telephone: (907) 276-2733